Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Mark P. Estrella (SBN 187091)
MEstrella@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Estella Schiller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

| | |
|---|---|
| ESTELLA SCHILLER, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID'S BRIDAL, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:10-CV-00616-AWI-SKO<br><br>Hon. Anthony W. Ishii<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

NOTICE OF CHANGE OF ATTORNEY

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT:** Effective immediately, please remove Robert E. Byrnes (SBN 200761) from all activity in the *Schiller v. David's Bridal* matter (Case No.: 1:10-CV-00616-AWI-SKO), which represents Plaintiff Estrella Schiller in the aforementioned matter.

**PLEASE TAKE FURTHER NOTICE THAT:** Miriam L. Schimmel (SBN 185089), Mark Estrella (SBN 187091) and Sue J. Kim (SBN 256392) are to remain as attorneys of record on behalf of Plaintiff Estella Schiller in the aforementioned matter. All phone numbers, facsimile numbers, and email addresses associated with INITIATIVE LEGAL GROUP APC remain the same.

Dated:  September 3, 2010              Respectfully submitted,

                                              Initiative Legal Group APC

                                                /S/ Sue J. Kim
By:_____
  Miriam L. Schimmel
  Mark P. Estrella
  Sue J. Kim

  Attorneys for Plaintiff Estella Schiller

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION**

I am employed in the state of California, county of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 1800 Century Park East, 2nd Floor, Los Angeles, California, 90067.

On **September 3, 2010**, I served the document described as: **Notice of Change of Attorney** on the interested parties in this action by sending [ ] the original [or] [✓] a true copy thereof to interested parties as follows:

CARY G. PALMER, ESQ.
ERIKA BARBARA PICKLES, ESQ.
JACKSON LEWIS, LLP
801 K STREET, SUITE 2300
SACRAMENTO, CA 95814

[✓]   **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[ ]   **BY E-MAIL:** I hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

[ ]   **BY FAX:** I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

[ ]   **BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the addressee(s) named herein at the address listed above.

[ ]   **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid. The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **September 3, 2010** at Los Angeles, California.

| Carla Topdjian | /S/ Carla Topdjian |
|---|---|
| Type or Print Name | Signature |