# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA SCHILLER, | ) 1:10-cv-00616 AWI SKO |
| Plaintiff, | ) |
| v. | ) |
| | ) SCHEDULING ORDER |
| DAVID'S BRIDAL, INC., | ) |
| Defendant. | ) |

On September 16, 2010, a Scheduling Conference was held. Mark Estrella, Esq., appeared telephonically on behalf of Plaintiff. Erika Pickles, Esq., appeared telephonically for Defendant. The Court set the following deadlines for Class Certification:

1) Class certification discovery shall be completed by no later than June 29, 2011.

2) Motion for class certification shall be filed by no later than July 29, 2011.

3) Any opposition shall be filed by no later than September 30, 2011.

4) Replies shall be filed by no later than October 31, 2011.

5) The motion shall be heard no later than November 30, 2011 at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   September 17, 2010**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

1