1  Mark P. Estrella (SBN 187091)
   MEstrella@InitiativeLegal.com
2  David M. Medby (SBN 227401)
   DMedby@InitiativeLegal.com
3  Sue J. Kim (SBN 256392)
   SKim@Initiativelegal.com
4  Initiative Legal Group APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Telephone: (310) 556-5637
6  Facsimile: (310) 861-9051

7  Attorneys for Plaintiff Estella Schiller

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| ESTELLA SCHILLER, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>DAVID'S BRIDAL, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:10-CV-00616-AWI-SKO<br><br>[Assigned to the Hon. Anthony W. Ishii]<br><br>CLASS ACTION & REPRESENTATIVE ACTION UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.<br><br>**ORDER REGARDING JOINT STIPULATION TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** |
|---|---|

# ORDER

The Court has considered the Joint Stipulation to File Plaintiff's Second Amended Complaint entered by and between Plaintiff Estella Schiller and Defendant David's Bridal, Inc., and the supporting declaration filed therewith regarding the filing of Plaintiff's proposed Second Amended Complaint.

**IN CONSIDERATION OF THE JOINT STIPULATION FILED AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that the proposed Second Amended Complaint attached as Exhibit A to the Declaration of Mark P. Estrella (Docket 33-1) shall be deemed filed as of the date of the signing of this Order.

IT IS SO ORDERED.

Dated: **June 29, 2011**               **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

ORDER RE JOINT STIPULATION TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT