UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ESTELLA SCHILLER, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID'S BRIDAL, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:10-CV-00616-AWI-SKO<br><br>[Assigned to the Hon. Anthony W. Ishii]<br><br>**ORDER RE: JOINT STIPULATION AND MOTION TO CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has received, reviewed and considered the Joint Stipulation and Motion to Continue Class Certification Briefing Schedule, entered into by and between Plaintiff Estella Schiller ("Plaintiff") and Defendant David's Bridal, Inc. ("Defendant") (collectively, the "Parties"). Good cause appearing, it is hereby **ORDERED** that:

1. The class certification briefing schedule deadlines previously set by the Court in its September 17, 2010, Scheduling Order relating to Plaintiff's motion for class certification are continued 120 days pending preliminary approval of the proposed class action settlement. The new deadlines are as follows:

   - Class certification discovery completed:  October 27, 2011;
   - Plaintiff's last day to file motion for class certification:  November 28, 2011;
   - Defendant's last day to file any opposition:  January 30, 2012;
   - Plaintiff's last day to file reply:  February 28, 2012;
   - Plaintiff's motion for class certification to be heard no later than: March 29, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 30, 2011**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE